IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL LOCAL NO. 21, et al., | : : : | CIVIL ACTION |
| Plaintiffs, | : | NO. 19-4406 |
| v. | : | |
| ARTISAN DISPLAY, INC. | : | |
| Defendant. | : | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs hereby dismiss the above-captioned action against ARTISAN DISPLAY, INC. without prejudice.

Respectfully submitted,
**SPEAR WILDERMAN, P.C.**

BY: _____
SYRETTA J. MARTIN, ESQUIRE
230 South Broad Street, Suite 1400
Philadelphia, PA 19102
(215) 732-0101
Attorney for Plaintiffs

Dated: October 8, 2019